**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                    Case No. 16−30414
                                                                         Chapter 13
Quanda Williams,

     Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 30, 2017 at 10:00 AM

to consider and act upon the following:

*24* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by
12/1/2016. (McKinney [Acting], Sabrina)

*25* − Objection to TRUSTEE'S MOTION TO DISMISS CASE filed by Richard D. Shinbaum on
behalf of Quanda Williams (RE: related document(s)24 Trustee's Motion to Dismiss Case).
(Shinbaum, Richard)

Dated November 29, 2016

*Juan−Carl Guerro*

Juan−Carlos Guerrero
Clerk of Court